No. 22-7010 September Term, 2023

1:10-cv-01770-BAH

**Filed On:** October 12, 2023

Rosalie Simon, et al.,

      Appellees

    v.

Republic of Hungary and Magyar Allamvasutak Zrt., (MAV ZRT.),

      Appellants

------------------------------

Consolidated with 22-7013, 22-7112

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Randolph, Senior Circuit Judge

# O R D E R

Upon consideration of the petition for rehearing en banc filed by appellees Trianon Survivors, the response thereto, the amicus brief filed by Professor Vivian Grosswald Curran, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

## Per Curiam

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                          BY:    /s/
                                  Daniel J. Reidy
                                  Deputy Clerk